PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Oct 07, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   2:21-cr-0188 KJM |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| JOSE RODOLFO MORENO ALBESTRAIN, and PEDRO CERNA ARIAS, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney

David W. Spencer to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until

the arrests of all defendants or until further order of the Court.

Dated:   October 7, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER TO SEAL

1