| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 7, 2021<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE RODOLFO MORENO ALBESTRAIN,<br><br>  Defendant. | Case No.  2:21-CR-00188-KJM-1<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE RODOLFO MORENO ALBESTRAIN , Case No.  2:21-CR-00188-KJM-1  Charge 21 USC § 846 , from custody for the following reasons: for the following reasons:

    _____  Release on Personal Recognizance

      X     Bail Posted in the Sum of $ _____

           X     Unsecured Appearance Bond $  50,000 (co-signed)

           _____  Appearance Bond with 10% Deposit

           _____  Appearance Bond with Surety

           _____  Corporate Surety Bail Bond

           _____  (Other): _____ .

Issued at Sacramento, California on December 7, 2021 at 10:25 a.m.

Dated:  December 7, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE